IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOSEPH D. GILBERTI,         \*

    Plaintiff,                \*

    v.                       \*        CIVIL NO. JKB-25-0953

UNITED STATES CONGRESS, et al.,   \*

    Defendant.             \*

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MEMORANDUM AND ORDER

Plaintiff Joseph D. Gilberti has filed suit against the United States Congress and several other Defendants, including the Governors of various states, the Holy See, the National Football League, Jeff Bezos, various courts and judges, various governmental entities, and scores of others. (ECF No. 1.) He has also filed a Motion for Leave to Proceed in Forma Pauperis, which will be granted. (ECF No. 2.) For the following reasons, this action will be dismissed.

"[U]nder 28 U.S.C. § 1915, courts are required to screen a plaintiff's complaint when in forma pauperis status has been granted." *Harris v. Janssen Healthcare Prods.*, Civ. No. ELH-15-2730, 2015 WL 5897710, at \*2 (D. Md. Oct. 6, 2015). Further, "[u]nder 28 U.S.C. § 1915(e)(2)(B)(ii), the court must dismiss a plaintiff's complaint if it fails to state a claim on which relief may be granted." *Id.* And, "[a]lthough pleadings filed by a self-represented plaintiff are to be liberally construed, the plaintiff's complaint must contain factual allegations sufficient 'to raise a right to relief above the speculative level' and that 'state a claim to relief that is plausible on its face.'" *Id.* (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007)). Further, "[f]rivolous complaints are subject to dismissal pursuant to the district court's inherent authority, even when the plaintiff has paid the filing fee . . . [and] dismissal prior to service of process is

permissible when a court lacks subject matter jurisdiction over a patently frivolous complaint." *Ferguson v. Wooton*, 741 F. App'x 955 (4th Cir. 2018).

Plaintiff's Complaint is frivolous and fails to state a claim, and is therefore subject to dismissal. For instance, Plaintiff alleges that:

> Defendants are working with U.S. Federal Reserve, EPA, FEMA, CDC, WHO, Hollywood Producers, Israel Mosaic Phosphate, corrupt Judges, Court clerks, law-firms, Florida leaders, EPA and foreign Terrorist to subdue Plaintiff who found a hidden underground Natural resource in Medicine, Energy, and Water Supply production and National Defense. Defendants are working in a Racketeering Enterprise with Leaders, agencies and Land Developers to destroy water supply and Americans with higher rates of Cancers, Viruses, and Diseases as well as destroying the Environment, Fish & Wildlife, Tourism, Jobs and Macroeconomic growth in Florida, America, and abroad.

(ECF No. 1 at 10.) He goes on to allege that various entities and persons have "teamed up" against him "to steal a hidden underground resource which [is] more valuable tha[n] Gold, in an effort to hide it and its knowledge to find more like it from THE AMERICAN PEOPLE." (*Id.* at 12–13.) The Court cannot make sense of these allegations or discern any viable cause of action.

Accordingly, it is ORDERED that:

1. Motion for Leave to Proceed in Forma Pauperis (ECF No. 2) is GRANTED.
2. This case is DISMISSED.
3. The Clerk is DIRECTED to mail a copy of this Memorandum and Order to the Plaintiff.

DATED this __11__ day of April, 2025.

BY THE COURT:

_____
James K. Bredar
United States District Judge